**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 11-20233

MICHAEL JEROME HENRY,

    Defendant.
                                                       /

**ORDER EXTENDING TIME FOR PSYCHOLOGICAL EXAMINATION**

On May 2, 2011, the court ordered a psychiatric or psychological examination of Defendant Michael Jerome Henry's competency to stand trial, pursuant to 18 U.S.C. § 4241. The court is now in receipt of a letter from the Warden of the Metropolitan Correctional Center in Chicago, Illinois, where Defendant has been transferred for examination, requesting additional time to complete the evaluation. The letter requests an extension of fifteen days pursuant to 18 U.S.C. § 4247(b). The court is satisfied that there is good cause to grant additional time for examination and evaluation. Accordingly,

IT IS ORDERED that the time for psychological examination is EXTENDED for fifteen days, and Defendant Michael Jerome Henry shall remain committed to the custody of the Attorney General for such period pursuant to 18 U.S.C. § 4247(b).

                                                       s/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated: June 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 14, 2011, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522