# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 11-20233

MICHAEL JEROME HENRY,

    Defendant.

                                         /

## ORDER RECEIVING PSYCHOLOGICAL EVALUATION UNDER SEAL
## AND DECLARING DEFENDANT COMPETENT TO STAND TRIAL

On August 9, 2011, the court held a hearing to determine whether Defendant Michael Jerome Henry is competent to stand trial. Before the hearing, Defendant was examined by a licensed psychologist, Ron Nieberding, Ph.D. Nieberding submitted an eleven-page psychological evaluation of Defendant, which indicates that Defendant is indeed competent. At the hearing, neither the Government nor Defendant raised any objections to the report. Having reviewed the report and observed Defendant, the court concludes that he is indeed competent to stand trial. Accordingly,

IT IS ORDERED that Nieberding's psychological evaluation is received into evidence under seal.

IT IS FURTHER ORDERED that Defendant is DECLARED competent to stand trial.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: August 12, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 12, 2011, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-20233.HENRY.Find.Competent.nkt.wpd