**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 11-20233

MICHAEL JEROME HENRY,

    Defendant.
                                                  /

**ORDER REGARDING CHALLENGES TO SENTENCING**

        On October 18, 2013 a jury convicted Defendant Michael Henry of bank robbery in violation of 18 U.S.C. § 2113(a) and using, carrying, and possessing a firearm in violation of 18 U.S.C. § 924(c). Defendant's sentencing is scheduled for April 24, 2014. Defense counsel predicts a legal challenge to the legitimacy of consecutive sentencing. Any such motion shall be filed by **March 7, 2014** or the issue will be deemed waived.

        IT IS SO ORDERED.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: February 18, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 18, 2014, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522