UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MICHAEL HENRY,

    Defendant.
_____/

Case No. 11-CR-20233-DT

HON. ROBERT H. CLELAND

**ORDER GRANTING MOTION TO WITHDRAW
AND DETERMINING EXCLUDABLE DELAY**

This matter comes before the court on Jeffrey Edison's Motion to Withdraw filed on April 19, 2016. A hearing was held on April 20, 2016 and for the reasons stated on the record by counsel and this court, the Court will grant the motion. Therefore,

IT IS ORDERED that the Motion to Withdraw is **GRANTED**. The Federal Defender's Office is directed to appoint new counsel. Upon the filing of an appearance by the new attorney, this court will schedule a status conference with counsel and issue a scheduling order setting new dates.

IT IS FURTHER ORDERED that the time period from April 20, 2010 to May 20, 2016 shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of

justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

                S/Robert H. Cleland
                ROBERT H. CLELAND
                UNITED STATES DISTRICT JUDGE

Dated:  April 27, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 27, 2016, by electronic and/or ordinary mail.

                S/Lisa Wagner
                Case Manager and Deputy Clerk
                (313) 234-5522